UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-6155-GW-MAAx | Date | May 10, 2022 |
|---|---|---|---|
| Title | *Richard Escarcega v. Steven Martinez, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**


On May 9, 2022, the Parties' Notice of Conditional Settlement was filed. The Court hereby vacates all currently set dates, and instead sets an order to show re: settlement hearing for July 14, 2022 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on July 13, 2022.

:

Initials of Preparer     JG