JS-6

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RICHARD ESCARCEGA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEVEN MARTINEZ; ALBERT MACIAS; and DOES 1 THROUGH 10,<br><br>　　　　Defendants. | CASE NO. CV 21-6155-GW-MAAx<br><br>**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL OF ALL OF PLAINTIFF RICHARD ESCARCEGA'S CLAIMS AND THE ENTIRE ACTION AGAINST DEFENDANTS STEVEN MARTINEZ AND ALBERT MACIAS, WITH PREJUDICE (F.R.C.P., RULE 41(a)(1)(A)(ii))**<br><br>Trial Date: N/A<br><br>Assigned to Hon. George H. Wu, Courtroom "9D" |

## ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

　　　　After full consideration of the parties' stipulation for voluntary dismissal of all of the claims of Plaintiff RICHARD ESCARCEGA against Defendants STEVEN MARTINEZ and ALBERT MACIAS and the entire lawsuit, with prejudice, and finding good cause thereto, the Court hereby makes the following Order pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(1)(A)(ii):

IT IS HEREBY ORDERED:

1. The above-captioned case, *Richard Escarcega v. Steven Martinez, et al.*, Case No. 2:21-cv-06155-GW (MAA), brought by Plaintiff RICHARD ESCARCEGA against Defendants STEVEN MARTINEZ and ALBERT MACIAS is dismissed, with prejudice.

2. Each party is to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: February 21, 2023_____

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000